# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| JAMES McCONICO, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. |
| WALMART INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF REMOVAL

# EXHIBIT A

| State of Alabama Unified Judicial System  Form ARCiv-93  Rev.5/99 | COVER SHEET CIRCUIT COURT – CIVIL CASE (Not For Domestic Relations Cases) | Case Number: CV 2019 0000 09-00 Date of Filing: 07 19 2019 Judge Code: PET |
|---|---|---|

### GENERAL INFORMATION

IN THE CIRCUIT COURT OF __BIBB COUNTY__, ALABAMA
(Name of County)

__James McConico, Jr.__ v. __Wal-Mart Stores Inc., et a__
Plaintiff        Defendant

First Plaintiff: ☐ Business  ☒ Individual        First Defendant: ☒ Business  ☐ Individual
☐ Government  ☐ Other                              ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☒ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☒ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☒ TOXX - Other: __baiting__

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN** (check one):  F ☒ INITIAL FILING     A ☐ APPEAL FROM DISTRICT COURT     O ☐ OTHER: _____
R ☐ REMANDED     T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

HAS JURY TRIAL BEEN DEMANDED?  ☒ YES  ☐ NO
Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**  ☒ MONETARY AWARD REQUESTED     ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** _____    Date: 07/16/19    Signature of Attorney/Party filing this form: /s/ James McConico

FILED IN OFFICE
JUL 19 2019
KAYLA COONER, CLERK

IN THE CIRCUIT COURT OF BIBB COUNTY, ALABAMA

James McConico, Jr.   *
   Plaintiff,   *
                         *
—v                        *   Case No.: CV2019-000009
                         *
Wal-Mart Stores Inc.   *
   Defendant.   *

## COMPLAINT
### COUNT I

The Defendant's Wal-Mart Store [hereinafter Wal-Mart] and employee Mary Doe [hereinafter Doe] have engaged in the business practice of advertisement to offer an inducement to McConico and other citizens to obtain a Wal-Mart money card. The advertisement is misleading and false as Wal-Mart fails to reveal facts material to the consequences which result from use of the commodity "Wal-Mart money card".

The advertisement on Wal-Mart websites induce McConico to believe that usage of a Wal-Mart money card is simple to obtain and that McConico has access for usage of his money to use primarily at Wal-Mart and a debit card for other usages. The Wal-Mart advertisement fails to notify and explain to McConico that Wal-Mart could and would take control of his money placed on Wal-Mart money card at their discretion for any reason it deemed to release monies or close his account and mail a check for him at his residence address given when McConico opened the account. If the defendants had made this material disclosure in it's advertisement, McConico would not have opened an account securing a Wal-Mart money card.

On or about the year 2017 or earlier, McConico acted on false, misleading information of Wal-Mart's website and applied for and approved a Wal-Mart money card. McConico had the card mailed to his family home residence at 1508 19th Street North, Birmingham, Alabama 35234 due to his incarceration in the Alabama Department of Corrections. McConico used this card primarily for purchasing needs for his grandchild. On or about 2018 his mother, Gloria

1.

JUL 19 2019

McConico who is in her 80s', accidently threw his $1200.00 plus, Wal-Mart money card away. McConico called Wal-Mart and explained this to their employee Mary Doe and she cancelled the old card and ordered a new one mailed to him.

McConico received the replacement card and attempted to activate the new replacement Wal-Mart money card and was told that he had to mail Driver's License, passport, and other forms of ID to Wal-Mart to remove the block off his card by pre-recorded phone prompts. McConico called Customer Service defendant Mary Doe and explained to her the circumstances - what happened to his card and why he ordered a new one and that he was incarcerated without the ID they were requesting. The defendant, Mary Doe, told McConico that without this ID his money would not be released to him. McConico directed the defendant to close his account and mail his money in a check to the address on the account. The defendant told McConico that his money would not be released to him. McConico told the defendant that Wal-Mart can not just take his money, that they would be unjustly enriching themselves. Defendant still failed to release or close his account and mail his balance to his mother's address on the account.

Wal-Mart defendants, CEOs' Mike Duke and Bill Simon, are policy makers and negligently failed to establish advertisement procedures and disclosure provisions that were material to the usage control and release of McConico's money if they decided not to do business with him using their Wal-Mart money card. This misleading advertisement led McConico to order a Wal-Mart money card that was false and misleading and incomplete as it failed to reveal facts material to McConico the consequences which resulted in placing money on their card and not informing him of the control and seizure of his money by Wal-Mart resulting from the usage and replacing of McConico's money in their possession using their commodity, the Wal-Mart card, if he had no ID to warrant keep doing business with McConico.

Due to Wal-Mart's false, misleading advertisement and failure to disclose material facts regarding the securing, use, and control of his money, thereby depriving McConico of interest, the ability to buy school needs for his grandchildren, and usage of his money in other investments.

The defendant, Wal-Mart, et al, defrauded, mislead, and baited offering their Wal-Mart money card without adequately disclosing that they could seize and unlawfully control McConico's money and deny him the right to close his account in the event of financial or identity disputes between McConico and defendants.

### RELIEF

1. McConico demands compensatory damages in the amount of $150,000.00.

2. McConico demands punitive damages in the amount of one million dollars due to the willful negligence, malicious baiting, and false advertisement to build a consumer base for usage of McConico's money.

3. McConico demands that a judgment be entered that Wal-Mart, et al, baiting, false advertisement, neglgent and unjust enrichment is a violation of the law(s) and must stop.

4. McConico demands a total monetary judgment in the amount of $1,150,000.00.

/s/ James McConico  07/16/19
James McConico, Jr.
#117395 - D4-144
565 Bibb Lane
Brent, AL. 35034

cc: Personal Files/

3.

Mr. James McConico, Jr.
#117395- D4-14A
565 Bibb Lane
Brent, Alabama 35034

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication"

To: Clerk-Gayle S. Bearden
    Circuit Court of Bibb County, Al.
    Civil Division
    Courthouse
    35 Court Square E.
    Centreville, Alabama 35042-0185

JUL 19 2019

LEGAL MAIL

35042-227427

IN THE CIRCUIT COURT OF BIBB        COUNTY OF ALABAMA

James McConico, Jr.

    Plainitff

vs.

Case No: CV2019-000009

Wal-Mart Stores Inc., et al.

    Defendant

SUMMONS

To any sheriff or any person authorized by either Rule 4.1(b)(2) or 4.2(b)(2) or 4.4(b)(2) of the Alabama Rules of Civil Procedure to effect service. You are hereby commanded to serve this summons and a copy of the complaint in this action upon defendant **by certified mail to Wal-Mart** Stores Inc. at 19 Stonehenge Dr., Bentonville, AK. 72712.

NOTICE TO DEFENDANT
The complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the complaint, to , the lawyer for the Plaintiff(s), whose address is: **within 30 days to:**

Pro-se James McConico, Jr. at 565 Bibb Lane, Brent, Alabama 35034.
THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS AFTER THIS SUMMONS AND COMPLAINT
WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER
THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.
Clerk of Court  *Kayla Conner*
Dated: 8/27/19

RETURN ON SERVICE
Received this summons at on and on at I served it on the within named by delivering a copy of the process and accompanying documents to him.
Dated , 20   .
Process Server signatureSheriff,

Constable_____Address:_____

1

| State of Alabama Unified Judicial System | AFFIDAVIT OF SUBSTANTIAL HARDSHIP | Case Number |
|---|---|---|
| Form C-10A Page 1 of 2   Rev.2/95 | | CV2019-9 |

IN THE _____Circuit_____ COURT OF _____BIBB COUNTY_____, ALABAMA
(Circuit, District, or Municipal)                         (Name of County or Municipality)

STYLE OF CASE: __James Mc Conico, Jr.__ v. _____
                    Plaintiff(s)                            Defendant(s)

TYPE OF PROCEEDING: __Civil__  CHARGE(s) (if applicable): _____

☑ CIVIL CASE— I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.

☐ CIVIL CASE— (such as paternity, support, termination of parental rights, dependency) – I am financially unable to hire an attorney and I request that the court appoint one for me.

☐ CRIMINAL CASE— I am financially unable to hire an attorney and request that the court appoint one for me.

☐ DELINQUENCY/NEED OF SUPERVISION— I am financially unable to hire an attorney and request that the court appoint one for my child/me

SECTION 1.                              AFFIDAVIT

1. IDENTIFICATION
   Full name __James Mc Conico, Jr.__ Date of Birth ____/__/57
   Spouse's full name (if married) __None__
   Complete home address __P.O. Box 5107__
   __Union Springs, AL 36089__
   Number of people living in household __1__ __None__
   Home telephone number __None__
   Occupation/Job __None__ Length of employment __None__
   Driver's license number __None__ *Social Security Number _____
   Employer __None__ Employer's telephone number __None__
   Employer's address __None__

2. ASSISTANCE BENEFITS
   Do you or anyone residing in your household receive benefits from any of the following sources? (if so, please check those which apply)
   ☐ AFDC   ☐ Food Stamps   ☐ SSI   ☐ Medicaid   ☐ Other _____

3. INCOME/EXPENSE STATEMENT

   Monthly Gross Income:
   Monthly Gross Income                                              $ 0
   Spouse's Monthly Gross Income (unless a martial offense)             0
   Other Earnings: Commissions, Bonuses, Interest Income, etc.          0
   Contributions from Other People Living in Household                  0
   Unemployment/Workmen's Compensation,
      Social Security, Retirements, etc.                                0
   Other Income (be specific) _____                                0

                    TOTAL MONTHLY GROSS INCOME                   $ 0

   Monthly Expenses:
   A. Living Expenses
      Rent/Mortgage                                              $ 0
      Total Utilities: Gas, Electricity, Water, etc                0
      Food                                                         0
      Clothing                                                     0
      Health Care/Medical                                          0
      Insurance                                                    0
      Car Payment(s)/Transportation Expenses                       0
      Loan Payment(s)                                              0
*OPTIONAL

| Form C-10 Page 2 of 2   Rev.2/95 | AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER | | |
|---|---|---|---|
| | Monthly Expenses: (cont'd page1) <br> Credit Card Payment(s) <br> Educational/Employment Expenses <br> Other Expenses (be specific) _____ | 0 <br> 0 <br> 0 <br> 0 | |
| | Sub-Total | | A $ 0 |
| B. | Child Support Payment(s)/Alimony | $ 0 | |
| | Sub-Total | | B $ 0 |
| C. | Exceptional Expenses | $ 0 | |
| | TOTAL MONTHLY EXPENSES (add subtotals from A & B monthly only) | | $ 0 |
| | **Total Gross Monthly Income Less total monthly expenses:** | | |
| | DISPOSABLE MONTHLY INCOME | | $ |

4. **LIQUID ASSETS:**
   Cash on Hand/Bank (or otherwise available such as stocks, bonds, certificates of deposit)    $ 0
   Equity in Real Estate (value of property less what you owe)    0
   Equity in Personal Property, etc. (such as the value of motor vehicles, stereo, VCR, furnishing, jewelry, tools, guns, less what you owe)    0
   Other (be specific)
   Do you own anything else of value? ☐ Yes ☐ No
   (land, house, boat, TV, stereo, jewelry)
   If so, describe _____    0

   **TOTAL LIQUID ASSETS**    $ 0

5. **Affidavit/Request**
   I swear or affirm that the answers are true and reflect my current financial status. I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury. I authorize the court or its authorized representative to obtain records of information pertaining to my financial status from any source in order to verify information provide by me. I further understand and acknowledge that, if the court appoints an attorney to represent me, the court may require me to pay all or part of the fees and expenses of my court-appointed counsel.

   Sworn to and subscribed before me this

   __18__ day of __September, 2018__

   Judge/Clerk/Notary

   Affiant's Signature

   Print or Type Name: JAMES M. Corico, Jr.

---

**ORDER OF COURT**

**SECTION II**

IT IS THEREFORE, ORDERED, AND ADJUDGED BY THE COURT AS FOLLOWS:

☐ Affiant is not indigent and request is DENIED.
☐ Affiant is partially indigent and able to contribute monetarily toward his/her defense; therefore defendant is ordered to pay $_____ towards the anticipated cost of appointed counsel. Said amount is to be paid to the clerk of court or as otherwise ordered and disbursed as follows: _____
☒ Affiant is indigent and request is GRANTED.
☐ The prepayment of docket fees is waived.

IT IS FURTHER ORDERED AND ADJUDGED that _____ is hereby appointed as counsel to represent affiant.
IT IS FURTHER ORDERED AND ADJUDGED that the court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the court and paid to the appointed counsel, and costs of court.
Done this _____ day of _____ AUG 10 2019

Judge

# Alabama Department of Corrections

**ITF001**

Average Inmate Deposit Balances for MCCONICO, JAMES JR AIS# 00117395

|            | Average Balance | Gross Deposits |
|------------|----------------|----------------|
| 06/30/2019 | $14.81         | $0.00          |
| 05/31/2019 | $25.79         | $0.00          |
| 04/30/2019 | $28.86         | $0.00          |
| 03/31/2019 | $29.79         | $0.00          |
| 02/28/2019 | $29.79         | $0.00          |
| 01/31/2019 | $29.79         | $0.00          |
| 12/31/2018 | $32.89         | $0.00          |
| 11/30/2018 | $36.46         | $0.00          |
| 10/31/2018 | $37.79         | $0.00          |
| 09/30/2018 | $37.79         | $0.00          |
| 08/31/2018 | $29.08         | $30.00         |
| 07/31/2018 | $34.38         | $95.00         |
|            | $30.60         | $125.00        |

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

**Certified Mail Fee**
$

**Extra Services & Fees** (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy)   $
- ☐ Return Receipt (electronic)  $
- ☐ Certified Mail Restricted Delivery  $
- ☐ Adult Signature Required  $
- ☐ Adult Signature Restricted Delivery  $

Postmark Here

CENTREVILLE AL 35042-9998
AUG 27 2019

**Postage**
$

**Total Postage and Fees**
$ 6.80

**Sent To** Walmart Stores Inc

**Street and Apt. No., or PO Box No.**

**City, State, ZIP+4®**

7018 3090 0000 3276 8888

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Walmart Stores Inc.
19 Stonehenge Dr.
Bentonville, AR
72712



9590 9402 1787 6074 5418 04

2. Article Number (Transfer from service label)

7018 3090 0000 3276 8888

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  Date of Delivery
Brett K. Pope    AUG 30 2019

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

USPS TRACKING #

9590 9402 1787 6074 5418 04

United States Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

KAYLA COONER, CLERK
35 COURT SQUARE EAST
CENTREVILLE, AL 35042

CV19-9

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10



AlaFile E-Notice

07-CV-2019-000009.00
Judge: COLLINS PETTAWAY, JR.

To: MCCONICO JAMES JRAIS#117395 (PRO SE)
BIBB CO CORR FACILITY
565 BIBB LANE
BRENT, AL, 35034-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BIBB COUNTY, ALABAMA

JAMES MCCONICO JR VS WALMART STORES INC
07-CV-2019-000009.00

The following matter was served on 8/30/2019

**D001 WALMART STORES INC**
**Corresponding To**
CERTIFIED MAIL

KAYLA COONER
CIRCUIT COURT CLERK
BIBB COUNTY, ALABAMA
35 COURT SQUARE EAST
CENTREVILLE, AL, 35042

205-926-3103
kayla.cooner@alacourt.gov

CERTIFIED MAIL



KAYLA COONER, CLERK OF C
P.O. BOX 185
CENTREVILLE, ALABAMA 350

CENTREVILLE AL 35042

SEP 12 2019

7018 3090 0000 3276 8888

Refused
9/3/19
SS

Walmart Stores Inc.
79 Stonehenge Dr.
Bentonville, AR 72712

NIXIE        722 DE 1          0009/07/19

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

9314170518367363          BC: 35042018585    *0139-06749-27-45

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE



AlaFile E-Notice

07-CV-2019-000009.00
Judge: COLLINS PETTAWAY, JR.

To: MCCONICO JAMES JRAIS#117395 (PRO SE)
BIBB CO CORR FACILITY
565 BIBB LANE
BRENT, AL, 35034-0000

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF BIBB COUNTY, ALABAMA

JAMES MCCONICO JR VS WALMART STORES INC
07-CV-2019-000009.00

The following matter was not served on 9/12/2019

D001 WALMART STORES INC
Corresponding To
REFUSED

KAYLA COONER
CIRCUIT COURT CLERK
BIBB COUNTY, ALABAMA
35 COURT SQUARE EAST
CENTREVILLE, AL, 35042

205-926-3103
kayla.cooner@alacourt.gov

09/16/2019
James McConico, Jr.
565 Bibb Lane
Brent, Alabama 35034

To: Clerk-Gayle S. Bearden
Circuit Court of Bibb County, Al.
Courthouse
35 Court Square E
Centreville, Ala. 35042-0185

Re: James McConico, Jr. vs. Wal-Mart Stores Inc. CV-2019-000009, CV-2019-000010 &

I am writing about the date that service was made on the defendants & the date return service. Please provide me with the information in the above styled cases.

Sincerely yours,

/s/

F    OFFICE
SEP 1 8 2019
KA LA    CLERK

Mr. James McConico, Jr.
#117395 D-14A
565 Bibb Lane
Brent, Alabama 35034

BIRMINGHAM AL 350

16 SEP 2019 PM 1 L



FOREVER / USA

To: Clerk- Gayle S. Bearden
Circuit Court of Bibb County,
Courthouse
35 Court Square E
Centreville, Al. 35042-0185



SEP 1 8 2019

CLERK

LEGAL MAIL

35042-227427

"This correspondence is forwarded from an Alabama ... The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."